Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,SEALEDDOC(S)

# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00079-JMB All Defendants

Case title: USA v. Chappelle

Date Filed: 06/03/2020

Date Terminated: 10/11/2022

Assigned to: District Judge Jane M. Beckering

Appeals court case number: 22-1969 the Sixth Circuit

### defendant (1)

**Scott Allan Chappelle**
*TERMINATED: 10/11/2022*

represented by **Gerald J. Gleeson , II**
Miller Canfield Paddock & Stone PLC (Troy)
840 W Long Lake Rd., Ste. 150
Troy, MI 48098
(248) 267-3296
Fax: (248) 879-2001
Email: gleeson@millercanfield.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jessa DeGroote**
Ice Miller LLP (IN)
One American Sq., Ste. 2900
Indianapolis, IN 46282
(317) 236-2356
Email: jessa.degroote@icemiller.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas W. Cranmer**
Miller Canfield Paddock & Stone PLC (Troy)
840 W Long Lake Rd., Ste. 150
Troy, MI 48098
(248) 267-3381
Email: cranmer@millercanfield.com

**Timothy D. Belevetz**
Ice Miller LLP (DC)
200 Massachusetts Ave., NW, Ste. 400
Washington, DC 20001
(202) 572-1605
Email: timothy.belevetz@icemiller.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Donald A. Davis**
Springstead Bartish Borgula & Lynch PLLC (GR)
60 Monroe Center St., NW, Ste. 500
Grand Rapids, MI 49503
(616) 458-5500
Email: dondavis@sbbllaw.com
*TERMINATED: 09/03/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew George Borgula**
Springstead Bartish Borgula & Lynch PLLC (GR)
60 Monroe Center St., NW, Ste. 500
Grand Rapids, MI 49503
(616) 458-5500
Email: matt@sbbllaw.com
*TERMINATED: 09/03/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rachel Laura-Heiss Frank**
Springstead Bartish Borgula & Lynch PLLC (GR)
60 Monroe Center St., NW, Ste. 500
Grand Rapids, MI 49503
(616) 458-5500
Email: rachel@rachelfranklaw.com
*TERMINATED: 09/03/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tessa K. Muir**
Springstead Bartish Borgula & Lynch PLLC (GR)
60 Monroe Center St., NW, Ste. 500
Grand Rapids, MI 49503

*TERMINATED: 09/03/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Meredith Wood**
Ice Miller LLP (IN)
One American Sq., Ste. 2900
Indianapolis, IN 46282
(317) 236-2187
Email: meredith.wood@usdoj.gov
*TERMINATED: 03/24/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 26:7201 ATTEMPT TO EVADE OR DEFEAT TAX; attempt to evade or defeat payment of tax<br>(1) | 38 months imprisonment, to be followed by 3 years of supervised release, fine: $150,000.00, restitution: $1,233,836.48, and special assessment: $100.00 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 26:7201 ATTEMPT TO EVADE OR DEFEAT TAX; attempt to evade or defeat payment of tax<br>(2) | Dismissed on motion by the government |
| 26:7206(1) FRAUD AND FALSE STATEMENTS; filing a materially false document<br>(3-4) | Dismissed on motion by the government |
| 26:7206(1) FRAUD AND FALSE STATEMENTS; filing a materially false tax return<br>(5) | Dismissed on motion by the government |
| 18:1001(a)(2) STATEMENTS OR ENTRIES GENERALLY; false statement<br>(6-7) | Dismissed on motion by the government |
| 18:1344(2) BANK FRAUD; bank fraud<br>(8) | Dismissed on motion by the government |

Felony

## Complaints

None

## Disposition

## Plaintiff

**USA**    represented by **Timothy Peter VerHey**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: timothy.verhey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Melissa Siskind**
U.S Department of Justice (Tax Division)
P.O. Box 972
Washington, DC 20044
(202) 305-4144
Email: melissa.s.siskind@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2020 | 1 | INDICTMENT as to Scott Allan Chappelle (ems) (Entered: 06/04/2020) |
| 06/04/2020 | 2 | PENALTY SHEET re Indictment 1 as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 06/04/2020) |
| 06/04/2020 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Melissa Siskind for USA [Attorney Melissa Siskind added to party USA(pty:pla)] (Siskind, Melissa) (Entered: 06/04/2020) |
| 06/08/2020 | 3 | NOTICE as to Scott Allan Chappelle: initial appearance, arraignment and initial pretrial conference set for 6/15/2020 at 03:00 PM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 06/08/2020) |
| 06/12/2020 | 4 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Scott Allan Chappelle (VerHey, Timothy) (Entered: 06/12/2020) |

| Date | Doc # | Description |
|---|---|---|
| | | to party Scott Allan Chappelle(pty:dft)] (Borgula, Matthew) (Entered: 06/14/2020) |
| 06/14/2020 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Rachel Laura-Heiss Frank for defendant Scott Allan Chappelle [Attorney Rachel Laura-Heiss Frank added to party Scott Allan Chappelle(pty:dft)] (Frank, Rachel) (Entered: 06/14/2020) |
| 06/14/2020 | 5 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Scott Allan Chappelle (Borgula, Matthew) (Entered: 06/14/2020) |
| 06/15/2020 | 6 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Scott Allan Chappelle: signed by Magistrate Judge Ray Kent (fhw) (Entered: 06/15/2020) |
| 06/15/2020 | 7 | MINUTES of FIRST APPEARANCE, ARRAIGNMENT and INITIAL PRETRIAL CONFERENCE as to Scott Allan Chappelle held before Magistrate Judge Ray Kent; defendant appeared with retained counsel and pled not guilty to Counts 1-8 of the indictment; government did not seek detention and defendant released on bond pending further proceedings before the district judge (Proceedings Digitally Recorded) (sjc) (Entered: 06/16/2020) |
| 06/15/2020 | 8 | DEFENDANT'S RIGHTS as to defendant Scott Allan Chappelle (sjc) (Entered: 06/16/2020) |
| 06/15/2020 | 9 | BOND and ORDER setting conditions of release as to defendant Scott Allan Chappelle on a $25,000 unsecured appearance bond (copy provided to defendant); signed by Magistrate Judge Ray Kent (sjc) (Entered: 06/16/2020) |
| 06/16/2020 | 10 | ORDER as to defendant Scott Allan Chappelle: jury trial set for 8/18/2020 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; final pretrial conference set for 8/6/2020 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 06/16/2020) |
| 07/06/2020 | 11 | MOTION to continue *12(b) Motion Deadline* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 07/06/2020) |
| 07/06/2020 | 12 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION to continue *12(b) Motion Deadline* 11 (Borgula, Matthew) (Entered: 07/06/2020) |
| 07/07/2020 | 13 | ORDER granting motion to continue 11 as to Scott Allan Chappelle (1) ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 07/07/2020) |
| 07/27/2020 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Tessa K. Muir for defendant Scott Allan Chappelle [Attorney Tessa K. Muir added to party Scott Allan Chappelle(pty:dft)] (Muir, Tessa) (Entered: 07/27/2020) |
| 07/27/2020 | 14 | MOTION for ends of justice continuance by Scott Allan Chappelle (Attachments: # 1 Exhibit A) (Borgula, Matthew) (Entered: 07/27/2020) |

| | | |
|---|---|---|
| | | (Entered: 07/27/2020) |
| 07/27/2020 | 16 | ORDER granting motion for ends of justice continuance 14 as to Scott Allan Chappelle (1): final pretrial conference set for 10/5/2020 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; dispositive motions due by 8/27/2020; jury trial set for 10/20/2020 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, sdb) (Entered: 07/27/2020) |
| 08/27/2020 | 17 | MOTION to continue *Motion Deadline* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 08/27/2020) |
| 08/27/2020 | 18 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION to continue *Motion Deadline* 17 (Borgula, Matthew) (Entered: 08/27/2020) |
| 08/27/2020 | 19 | ORDER granting motion to continue motion deadline 17 as to Scott Allan Chappelle (1) ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 08/27/2020) |
| 09/02/2020 | 20 | JOINT MOTION to adjourn *trial date* by USA as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 09/02/2020) |
| 09/02/2020 | 21 | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Scott Allan Chappelle re JOINT MOTION to adjourn *trial date* 20 (VerHey, Timothy) (Entered: 09/02/2020) |
| 09/02/2020 | 22 | ORDER TO CONTINUE - ends of justice continuance as to defendant Scott Allan Chappelle; the Court grants the Joint Motion to Adjourn 20 ; jury trial reset for 1/5/2021 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; final pretrial conference reset for 12/22/2020 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; dispositive motions due by 11/9/2020; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 09/02/2020) |
| 09/17/2020 | 23 | MOTION to dismiss by Scott Allan Chappelle (Borgula, Matthew) (Entered: 09/17/2020) |
| 09/17/2020 | 24 | BRIEF in support by Scott Allan Chappelle re MOTION to dismiss 23 (Borgula, Matthew) (Entered: 09/17/2020) |
| 09/17/2020 | 25 | CERTIFICATE by Scott Allan Chappelle re word count for Brief in Support of Motion 24 (Borgula, Matthew) (Entered: 09/17/2020) |
| 09/18/2020 | 26 | MOTION for discovery by Scott Allan Chappelle (Borgula, Matthew) (Entered: 09/18/2020) |
| 09/18/2020 | 27 | MOTION to produce *Grand Jury Materials* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 09/18/2020) |
| 09/18/2020 | 28 | MOTION for bill of particulars by Scott Allan Chappelle (Borgula, Matthew) (Entered: 09/18/2020) |

| | | |
|---|---|---|
| | | 27 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Borgula, Matthew) (Entered: 09/18/2020) |
| 09/18/2020 | 30 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION for bill of particulars 28 , MOTION for discovery 26 , MOTION to produce *Grand Jury Materials* 27 (Borgula, Matthew) (Entered: 09/18/2020) |
| 09/18/2020 | 31 | CERTIFICATE by Scott Allan Chappelle re word count for Brief in Support of Motion, 29 (Borgula, Matthew) (Entered: 09/18/2020) |
| 09/21/2020 | | (NON-DOCUMENT) ORDER REFERRING MOTION for discovery 26 , MOTION to produce *Grand Jury Materials* 27 , MOTION for bill of particulars 28 as to defendant Scott Allan Chappelle to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A) (Chief Judge Robert J. Jonker, sdb) (Entered: 09/21/2020) |
| 09/28/2020 | 32 | NOTICE that this case is reassigned to District Judge Hala Y. Jarbou for all further proceedings under Administrative Order No. 20-CA-071 ; Chief Judge Robert J. Jonker is no longer assigned to the case (krv) (Entered: 09/29/2020) |
| 10/06/2020 | 33 | MOTION for leave to file *Responses out of Time* by USA as to Scott Allan Chappelle (Attachments: # 1 Proposed Order) (VerHey, Timothy) (Entered: 10/06/2020) |
| 10/07/2020 | 34 | ORDER granting motion for leave to file briefs out of time 33 as to Scott Allan Chappelle (1) ; signed by Magistrate Judge Ray Kent (fhw) (Entered: 10/07/2020) |
| 10/07/2020 | 35 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION for bill of particulars 28 (VerHey, Timothy) (Entered: 10/07/2020) |
| 10/07/2020 | 36 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION for discovery 26 (VerHey, Timothy) (Entered: 10/07/2020) |
| 10/07/2020 | 37 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION to produce *Grand Jury Materials* 27 (VerHey, Timothy) (Entered: 10/07/2020) |
| 10/07/2020 | 38 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION to dismiss 23 (VerHey, Timothy) (Entered: 10/07/2020) |
| 10/14/2020 | 39 | NOTICE *Government's Notice Of Intention To Introduce Evidence Subject To Federal Rule Of Evidence 404(b)* by USA as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 10/14/2020) |
| 10/15/2020 | 40 | REPLY TO RESPONSE to motion by Scott Allan Chappelle re MOTION to dismiss 23 *Count 1 for Failure to State an Offense* (Borgula, Matthew) (Entered: 10/15/2020) |
| 10/28/2020 | 41 | NOTICE OF HEARING ON MOTION as to defendant Scott Allan Chappelle regarding document number(s) 26 , 27 , 28 : motion hearing is set for 11/10/2020 at 01:30 PM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 10/28/2020) |

| Date | Doc # | Description |
|---|---|---|
| 11/09/2020 | 43 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION to continue *Motion Deadline* 42 (Borgula, Matthew) (Entered: 11/09/2020) |
| 11/10/2020 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Donald A. Davis for defendant Scott Allan Chappelle [Attorney Donald A. Davis added to party Scott Allan Chappelle(pty:dft)] (Davis, Donald) (Entered: 11/10/2020) |
| 11/10/2020 | 44 | MINUTES of motion hearing as to defendant Scott Allan Chappelle held before Magistrate Judge Ray Kent; 26 MOTION for discovery filed by Scott Allan Chappelle denied as moot; 27 MOTION to produce *Grand Jury Materials* filed by Scott Allan Chappelle and 28 MOTION for bill of particulars filed by Scott Allan Chappelle denied without prejudice; order to issue; defendant continued on bond pending further proceedings before the district judge (Proceedings Digitally Recorded) (sjc) (Entered: 11/10/2020) |
| 11/12/2020 | 45 | ORDER TO CONTINUE - ends of justice continuance as to defendant Scott Allan Chappelle: jury trial set for 2/8/2021 at 9:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; final pretrial conference set for 1/13/2021 at 11:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; dispositive motions due by 11/30/2020; signed by District Judge Hala Y. Jarbou (aks) (Entered: 11/12/2020) |
| 11/17/2020 | 46 | ORDER denying as moot motion for discovery 26 as to Scott Allan Chappelle; denying motion (without prejudice) to produce 27 as to Scott Allan Chappelle; denying motion (without prejudice) for bill of particulars 28 as to Scott Allan Chappelle; signed by Magistrate Judge Ray Kent (sjc) (Entered: 11/18/2020) |
| 11/25/2020 | 47 | JOINT MOTION for ends of justice continuance *and Request for Status Conference* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 11/25/2020) |
| 12/03/2020 | 48 | NOTICE OF HEARING as to Scott Allan Chappelle; telephone status conference set for 12/4/2020 at 10:30 AM before District Judge Hala Y. Jarbou; (haw) (Entered: 12/03/2020) |
| 12/03/2020 | 49 | (RESTRICTED ACCESS) ORDER as to Scott Allan Chappelle *Conference Bridge Information* ; signed by District Judge Hala Y. Jarbou [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (haw) (Entered: 12/03/2020) |
| 12/04/2020 | 50 | MINUTES of status conference as to defendant Scott Allan Chappelle held before District Judge Hala Y. Jarbou (Court Reporter: Melinda Dexter) (haw) (Entered: 12/07/2020) |
| 12/07/2020 | 51 | ORDER TO CONTINUE - ends of justice continuance as to defendant Scott Allan Chappelle; jury trial set for 4/19/2021 at 8:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; final pretrial conference set for 3/10/2021 at 11:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; non-dispositive motion deadline is 2/1/21; signed by District Judge Hala Y. Jarbou (haw) (Entered: 12/07/2020) |

| | | |
|---|---|---|
| 02/01/2021 | 53 | MOTION to exclude *Government's Proposed Rule 404(b) Evidence* by Scott Allan Chappelle (Muir, Tessa) (Entered: 02/01/2021) |
| 02/01/2021 | 54 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION to exclude *Government's Proposed Rule 404(b) Evidence* 53 (Muir, Tessa) (Entered: 02/01/2021) |
| 02/01/2021 | 55 | BRIEF in support by Scott Allan Chappelle re MOTION to exclude *Government's Proposed Rule 404(b) Evidence* 53 (Muir, Tessa) (Entered: 02/01/2021) |
| 02/01/2021 | 56 | CERTIFICATE by Scott Allan Chappelle re word count for Brief in Support of Motion 55 (Muir, Tessa) (Entered: 02/01/2021) |
| 02/11/2021 | 57 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION to exclude *Government's Proposed Rule 404(b) Evidence* 53 (Siskind, Melissa) (Entered: 02/11/2021) |
| 03/05/2021 | 58 | JOINT MOTION to amend/correct *Joint Motion to Amend Order Setting Final Pretrial and Trial (R.10)* by USA as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 03/05/2021) |
| 03/05/2021 | 59 | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Scott Allan Chappelle re JOINT MOTION to amend/correct *Joint Motion to Amend Order Setting Final Pretrial and Trial (R.10)* 58 (VerHey, Timothy) (Entered: 03/05/2021) |
| 03/05/2021 | 60 | ORDER granting motion to amend/correct 58 order setting final pretrial and trial as to Scott Allan Chappelle (1); signed by District Judge Hala Y. Jarbou (haw) (Entered: 03/05/2021) |
| 03/09/2021 | 61 | ORDER granting in part motion to exclude 53 as to Scott Allan Chappelle (1); signed by District Judge Hala Y. Jarbou (aks) (Entered: 03/09/2021) |
| 03/10/2021 | 62 | MINUTES of final pretrial conference as to defendant Scott Allan Chappelle held before District Judge Hala Y. Jarbou (Court Reporter: Melinda Dexter) (haw) (Entered: 03/10/2021) |
| 03/24/2021 | 63 | MOTION for ends of justice continuance by Scott Allan Chappelle (Attachments: # 1 Exhibit A) (Borgula, Matthew) (Entered: 03/24/2021) |
| 03/24/2021 | 64 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION for ends of justice continuance 63 (Borgula, Matthew) (Entered: 03/24/2021) |
| 03/24/2021 | 65 | ORDER TO CONTINUE - granting motion for ends of justice continuance 63 as to defendant Scott Allan Chappelle: jury trial set for 6/21/2021 at 9:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (haw) (Entered: 03/24/2021) |
| 05/12/2021 | 66 | MOTION to SEAL DOCUMENT by Scott Allan Chappelle (Borgula, Matthew) (Entered: 05/12/2021) |

| Date | # | Description |
|---|---|---|
| | | 5/13/2021 per 69 (mg). (Entered: 05/12/2021) |
| 05/12/2021 | 68 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re PROPOSED SEALED MOTION *For Ends of Justice Continuance* filed by Scott Allan Chappelle 67 (Borgula, Matthew) (Entered: 05/12/2021) |
| 05/12/2021 | 69 | ORDER granting motion to SEAL DOCUMENT 66 as to Scott Allan Chappelle (1); signed by District Judge Hala Y. Jarbou (haw) (Entered: 05/12/2021) |
| 05/13/2021 | 70 | MOTION for leave to file *Response Under Restricted Access* by USA as to Scott Allan Chappelle (Attachments: # 1 Proposed Order) (VerHey, Timothy) (Entered: 05/13/2021) |
| 05/13/2021 | 71 | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Scott Allan Chappelle re MOTION for leave to file *Response Under Restricted Access* 70 (VerHey, Timothy) (Entered: 05/13/2021) |
| 05/13/2021 | 72 | (RESTRICTED ACCESS) DOCUMENT *Government's Response to Defendant's Motion for Ends of Justice Continuance* re USA [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (Attachments: # 1 Exhibit Exhibit A) (VerHey, Timothy) (Entered: 05/13/2021) |
| 05/13/2021 | 73 | NOTICE OF ORAL ARGUMENT as to defendant Scott Allan Chappelle regarding document number 67 : oral argument is set for 5/17/2021 at 2:00 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou (haw) (Entered: 05/13/2021) |
| 05/13/2021 | 74 | ORDER granting motion for leave to file 70 as to Scott Allan Chappelle (1); signed by District Judge Hala Y. Jarbou (haw) (Entered: 05/13/2021) |
| 05/17/2021 | 75 | MINUTES of oral argument as to defendant Scott Allan Chappelle re 67 SEALED MOTION *For Ends of Justice Continuance* filed by Scott Allan Chappelle held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (haw) (Entered: 05/17/2021) |
| 05/17/2021 | 76 | ORDER TO CONTINUE - granting motion for ends of justice continuance 67 as to defendant Scott Allan Chappelle: jury trial set for 7/26/2021 at 9:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; status conference set for 6/7/2021 at 2:30 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (haw) (Entered: 05/17/2021) |
| 06/07/2021 | 77 | MINUTES of status conference as to defendant Scott Allan Chappelle held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (haw) (Entered: 06/07/2021) |
| 06/07/2021 | 78 | NOTICE OF HEARING as to Scott Allan Chappelle: status conference set for 6/23/2021 at 11:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou (haw) (Entered: 06/07/2021) |

| | | |
|---|---|---|
| | | (haw) (Entered: 06/23/2021) |
| 06/23/2021 | 80 | ORDER as to defendant Scott Allan Chappelle: government's oral motion for competency evaluation granted; parties are to notify court of agreed upon doctor and/or facility by 7/7/2021; status conference set for 8/17/2021 at 9:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (haw) (Entered: 06/23/2021) |
| 07/07/2021 | 81 | STIPULATION re 80 *To Continue Trial Date and To Schedule a Competency Examination* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 07/07/2021) |
| 07/12/2021 | 82 | PROPOSED ORDER re 81 by Scott Allan Chappelle (Borgula, Matthew) (Entered: 07/12/2021) |
| 07/13/2021 | 83 | ORDER granting stipulation 81 as to Scott Allan Chappelle (1); jury trial rescheduled to 9/13/2021; defendant to undergo a competency evaluation by Dr. Candyce Shields; signed by District Judge Hala Y. Jarbou (haw) (Entered: 07/13/2021) |
| 08/16/2021 | 84 | (RESTRICTED ACCESS) PSYCHOLOGICAL EVALUATION as to Scott Allan Chappelle [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (eod) (Entered: 08/17/2021) |
| 08/16/2021 | 85 | (RESTRICTED ACCESS) ORDER as to Scott Allan Chappelle ; signed by District Judge Hala Y. Jarbou [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (eod) (Entered: 08/17/2021) |
| 08/17/2021 | 86 | MINUTES of status conference as to defendant Scott Allan Chappelle; held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 08/17/2021) |
| 08/17/2021 | 87 | COMPETENCY ORDER finding defendant Scott Allan Chappelle competent to stand trial; status conference set for 9/2/2021 at 11:00 AM at Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (aks) (Entered: 08/17/2021) |
| 09/01/2021 | 88 | MOTION to withdraw as attorney by Matthew G. Borgula by Scott Allan Chappelle (Borgula, Matthew) (Entered: 09/01/2021) |
| 09/01/2021 | 89 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION to withdraw as attorney by Matthew G. Borgula 88 (Borgula, Matthew) (Entered: 09/01/2021) |
| 09/02/2021 | 90 | MINUTES of status conference as to defendant Scott Allan Chappelle; held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 09/03/2021) |
| 09/03/2021 | 91 | ORDER granting motion to withdraw as attorney 88 as to Scott Allan Chappelle (1); status conference set for 9/22/21 at 11am - new counsel to appear; jury trial adjourned without date; signed by District Judge Hala Y. Jarbou (aks) (Entered: 09/03/2021) |

| Date | # | Description |
|---|---|---|
| | | Judge Hala Y. Jarbou; (aks) (Entered: 09/03/2021) |
| 09/16/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Gerald J. Gleeson, II for defendant Scott Allan Chappelle [Attorney Gerald J. Gleeson, II added to party Scott Allan Chappelle(pty:dft)] (Gleeson, Gerald) (Entered: 09/16/2021) |
| 09/16/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Thomas W. Cranmer for defendant Scott Allan Chappelle [Attorney Thomas W. Cranmer added to party Scott Allan Chappelle(pty:dft)] (Cranmer, Thomas) (Entered: 09/16/2021) |
| 09/22/2021 | 93 | MINUTES of status conference as to defendant Scott Allan Chappelle; held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 09/27/2021) |
| 09/27/2021 | 94 | ORDER TO CONTINUE - ends of justice continuance as to defendant Scott Allan Chappelle: dispositive motions due by 3/16/2022; final pretrial conference set for 4/6/22 at 10:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; jury trial set for 5/2/22 at 09:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (aks) (Entered: 09/27/2021) |
| 09/29/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Timothy D. Belevetz for defendant Scott Allan Chappelle [Attorney Timothy D. Belevetz added to party Scott Allan Chappelle(pty:dft)] (Belevetz, Timothy) (Entered: 09/29/2021) |
| 10/18/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Meredith Wood for defendant Scott Allan Chappelle [Attorney Meredith Wood added to party Scott Allan Chappelle(pty:dft)] (Wood, Meredith) (Entered: 10/18/2021) |
| 12/13/2021 | 95 | MOTION for disclosure *of Grand Jury Transcript* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 12/13/2021) |
| 12/13/2021 | 96 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION for disclosure *of Grand Jury Transcript* 95 (Borgula, Matthew) (Entered: 12/13/2021) |
| 12/14/2021 | 97 | AMENDED MOTION for disclosure *of Grand Jury Transcript* by Scott Allan Chappelle (Borgula, Matthew) (Entered: 12/14/2021) |
| 12/14/2021 | 98 | ORDER granting motion for disclosure 97 as to Scott Allan Chappelle; signed by District Judge Hala Y. Jarbou (jep) (Entered: 12/14/2021) |
| 01/05/2022 | 99 | NOTICE that this case is reassigned to District Judge Jane M. Beckering for all further proceedings under Administrative Order No. 22-CA-01 ; District Judge Hala Y. Jarbou is no longer assigned to the case (ns) (Entered: 01/05/2022) |
| 01/21/2022 | 100 | MOTION to sever counts *8* by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 01/21/2022) |
| 01/21/2022 | 101 | BRIEF in support by Scott Allan Chappelle re MOTION to sever counts *8* 100 (Belevetz, Timothy) (Entered: 01/21/2022) |

| Date | Doc # | Description |
|---|---|---|
| | | 01/21/2022) |
| 01/21/2022 | 103 | CERTIFICATE by Scott Allan Chappelle re word count for Brief in Support of Motion 101 (Belevetz, Timothy) (Entered: 01/21/2022) |
| 01/31/2022 | 104 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION to sever counts 8 100 (Siskind, Melissa) (Entered: 01/31/2022) |
| 02/07/2022 | 105 | OPINION AND ORDER denying motion to sever counts 100 as to Scott Allan Chappelle (1); signed by District Judge Jane M. Beckering (lep) (Entered: 02/07/2022) |
| 02/18/2022 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Jessa DeGroote for defendant Scott Allan Chappelle [Attorney Jessa DeGroote added to party Scott Allan Chappelle(pty:dft)] (DeGroote, Jessa) (Entered: 02/18/2022) |
| 02/22/2022 | 106 | AMENDED ORDER SETTING FINAL PRETRIAL AND JURY TRIAL as to defendant Scott Allan Chappelle: final pretrial conference set for 3/29/2022 at 11:00 AM at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; jury trial set for 5/3/2022 at 09:00 AM (counsel and defendant shall be present early) at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; signed by District Judge Jane M. Beckering (rmw) (Entered: 02/22/2022) |
| 03/14/2022 | 107 | UNOPPOSED MOTION in limine Admit Records Pursuant to Federal Rules of Evidence 803(6) and 902(11) by USA as to Scott Allan Chappelle (Siskind, Melissa) Modified text on 3/15/2022 (pjw). (Entered: 03/14/2022) |
| 03/14/2022 | 108 | BRIEF in support by USA as to Scott Allan Chappelle re Unopposed Motion in Limine to Admit Records Pursuant to Federal Rules of Evidence 803(6) and 902(11) 107 (Siskind, Melissa) Modified text on 3/15/2022 (pjw) (Entered: 03/14/2022) |
| 03/14/2022 | 109 | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Scott Allan Chappelle re Unopposed MOTION in limine to Admit Records Pursuant to Federal Rules of Evidence 803(6) and 902(11) 107 (Siskind, Melissa) Modified text on 3/15/2022 (pjw). (Entered: 03/14/2022) |
| 03/14/2022 | 110 | MOTION in limine to Exclude Evidence Relating to the Inability to Pay Taxes by USA as to Scott Allan Chappelle (Siskind, Melissa) Modified text on 3/15/2022 (pjw). (Entered: 03/14/2022) |
| 03/14/2022 | 111 | BRIEF in support by USA as to Scott Allan Chappelle re MOTION in limine to Exclude Evidence Relating to the Inability to Pay Taxes 110 (Siskind, Melissa) Modified text on 3/15/2022 (pjw). (Entered: 03/14/2022) |
| 03/14/2022 | 112 | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Scott Allan Chappelle re MOTION in limine in Limine to Exclude Evidence Relating to the Inability to Pay Taxes 110 (Siskind, Melissa) Modified text on 3/15/2022 (pjw). (Entered: 03/14/2022) |
| 03/14/2022 | 113 | CERTIFICATE by USA as to Scott Allan Chappelle re word count for Brief in Support of Motion 111 (Siskind, Melissa) (Entered: 03/14/2022) |

| Date | Doc # | Description |
|---|---|---|
| 03/14/2022 | 115 | MEMORANDUM in support by Scott Allan Chappelle re MOTION in limine *to Preclude Sherry Daniels from Providing Expert Opinions* 114 (Belevetz, Timothy) (Entered: 03/14/2022) |
| 03/14/2022 | 116 | MOTION in limine *to Exclude Certain Personal Expenses as Substantially More Prejudicial than Probative* by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 03/14/2022) |
| 03/14/2022 | 118 | MOTION to SEAL DOCUMENT 117 by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 03/14/2022) |
| 03/14/2022 | 119 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION in limine *to Exclude Certain Personal Expenses as Substantially More Prejudicial than Probative* 116 , MOTION in limine *to Preclude Sherry Daniels from Providing Expert Opinions* 114 (Belevetz, Timothy) (Entered: 03/14/2022) |
| 03/21/2022 | 120 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION in limine *to Preclude Sherry Daniels from Providing Expert Opinions* 114 (Siskind, Melissa) (Entered: 03/21/2022) |
| 03/21/2022 | 121 | MOTION for leave to file *Response Under Restricted Access* by USA as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 03/21/2022) |
| 03/21/2022 | 122 | (RESTRICTED ACCESS) DOCUMENT *Government's Opposition To Defendant's Motion In Limine To Exclude Certain Personal Expenses As Substantially More Prejudicial Than Probative* re USA [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (VerHey, Timothy) Modified text on 3/21/2022 (pjw). Modified text on 3/23/2022 per 125 (mg). (Entered: 03/21/2022) |
| 03/21/2022 | 123 | RESPONSE in opposition by Scott Allan Chappelle re MOTION in limine *Government's Motion in Limine to Exclude Evidence Relating to the Inability to Pay Taxes* 110 (Belevetz, Timothy) (Entered: 03/21/2022) |
| 03/22/2022 | 124 | TRIAL BRIEF by USA as to Scott Allan Chappelle (Siskind, Melissa) (Entered: 03/22/2022) |
| 03/22/2022 | 125 | MEMORANDUM OPINION AND ORDER as to Scott Allan Chappelle (1): granting motions 107 , 110 , 118 , 121 ; denying motions 114 , 116 ; accepting under restricted access 117 and 122 ; signed by District Judge Jane M. Beckering (lep) (Entered: 03/22/2022) |
| 03/23/2022 | 126 | PROPOSED VOIR DIRE by USA as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 03/23/2022) |
| 03/24/2022 | 127 | JOINT STATEMENT OF CASE by plaintiff USA (VerHey, Timothy) (Entered: 03/24/2022) |
| 03/24/2022 | 128 | PROPOSED VOIR DIRE by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 03/24/2022) |

| | | |
|---|---|---|
| | | Dexter) (lep) (Entered: 03/29/2022) |
| 04/11/2022 | 130 | NOTICE as to Scott Allan Chappelle: change of plea hearing is set for 4/25/2022 at 04:00 PM at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; (rmw) (Entered: 04/11/2022) |
| 04/13/2022 | 131 | PLEA AGREEMENT as to Scott Allan Chappelle (VerHey, Timothy) (Entered: 04/13/2022) |
| 04/25/2022 | 132 | MINUTES of CHANGE OF PLEA as to defendant Scott Allan Chappelle held before District Judge Jane M. Beckering; defendant pleaded guilty to Count One of the Indictment; (Court Reporter: Melinda Dexter) (rmw) (Entered: 04/25/2022) |
| 04/25/2022 | 133 | NOTICE as to defendant Scott Allan Chappelle: sentencing set for 8/2/2022 at 11:00 AM at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; defense counsel should review the obligations section of the WDMI website (rmw) (Entered: 04/25/2022) |
| 06/24/2022 | 134 | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Scott Allan Chappelle ; an objection meeting, if necessary, is scheduled for July 8, 2022, at 9:00 a.m., via telephone with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only], USPO Pakiela, Anna) (Entered: 06/24/2022) |
| 07/06/2022 | 135 | NOTICE rescheduling hearing as to Scott Allan Chappelle: sentencing rescheduled to 9/12/2022 at 11:00 AM at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; defense counsel should review the obligations section of the WDMI website (rmw) (Entered: 07/06/2022) |
| 07/28/2022 | 136 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 134 by defendant (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Belevetz, Timothy) (Entered: 07/28/2022) |
| 08/04/2022 | 137 | TRANSCRIPT of Change of Plea Hearing as to defendant Scott Allan Chappelle held 04/25/2022 before District Judge Jane M. Beckering ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 11/2/2022 ; redaction request due 8/25/2022 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 08/04/2022) |
| 08/31/2022 | 138 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Scott Allan Chappelle [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only], USPO Pakiela, Anna) (Entered: 08/31/2022) |

| | | |
|---|---|---|
| | | Timothy) (Entered: 09/02/2022) |
| 09/05/2022 | 140 | SENTENCING MEMORANDUM by Scott Allan Chappelle (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Belevetz, Timothy) (Entered: 09/05/2022) |
| 09/05/2022 | 141 | MOTION for variance under 18 U.S.C. 3553(a) by Scott Allan Chappelle (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Belevetz, Timothy) (Entered: 09/05/2022) |
| 09/09/2022 | 142 | NOTICE rescheduling hearing as to Scott Allan Chappelle: sentencing rescheduled to 10/11/2022 at 01:30 PM at 601 Federal Building, Grand Rapids, MI before District Judge Jane M. Beckering; defense counsel should review the obligations section of the WDMI website (rmw) (Entered: 09/09/2022) |
| 10/10/2022 | 143 | NOTICE *of Revision to Defendant's Position With Respect to Tax Loss* by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 10/10/2022) |
| 10/11/2022 | 144 | MINUTES of SENTENCING for Scott Allan Chappelle (1) held before District Judge Jane M. Beckering; Count 1, 38 months imprisonment, to be followed by 3 years of supervised release, fine: $150,000.00, restitution: $1,233,836.48, and special assessment: $100.00; Counts 2-8, dismissed on motion by the government; defendant advised of right to appeal; defendant to self-surrender as notified by US Marshal/BOP; (Court Reporter: Melinda Dexter) (rmw) (Entered: 10/11/2022) |
| 10/11/2022 | 145 | JUDGMENT as to defendant Scott Allan Chappelle; signed by District Judge Jane M. Beckering (rmw) (Entered: 10/11/2022) |
| 10/11/2022 | 146 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 145 as to Scott Allan Chappelle [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only] (rmw) (Entered: 10/11/2022) |
| 10/11/2022 | 147 | ORDER regarding additional sentencing conditions for defendant Scott Allan Chappelle; signed by District Judge Jane M. Beckering (rmw) (Entered: 10/11/2022) |
| 10/25/2022 | 148 | NOTICE OF APPEAL by Scott Allan Chappelle re Judgment 145 (Belevetz, Timothy) (Entered: 10/25/2022) |
| 10/25/2022 | | RECEIPT: USCA appeal fee $ 505, receipt number AMIWDC - 6881282 as to Scott Allan Chappelle re Notice of Appeal - Final Judgment 148 : (klb) (Entered: 10/28/2022) |
| 10/26/2022 | 150 | LETTER FROM CCA regarding appeal 148 as to defendant Scott Allan Chappelle indicating case #22-1969 and regarding deadlines. (mg) (Entered: 10/31/2022) |
| 10/26/2022 | | CASE NUMBER 22-1969 assigned by the Sixth Circuit to appeal 148 as to defendant Scott Allan Chappelle (mkc) (Entered: 11/26/2022) |

| | | |
|---|---|---|
| | | transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 1/25/2023 ; redaction request due 11/17/2022 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 10/27/2022) |
| 11/03/2022 | 151 | MOTION for extension of time to report by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 11/03/2022) |
| 11/03/2022 | 152 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION for extension of time to report 151 (Belevetz, Timothy) (Entered: 11/03/2022) |
| 11/03/2022 | 153 | (RESTRICTED ACCESS) DOCUMENT *Memorandum in Support of Motion for Extension of Time to Report (Custody)* re defendant (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) [Access to this document is available to the Court and attorney(s) for USA, Scott Allan Chappelle only], (Belevetz, Timothy) Modified document access on 11/3/2022 (ns). (Entered: 11/03/2022) |
| 11/03/2022 | 154 | MOTION to file under restricted access *Memorandum in Support of Motion for Extension of Time to Report (Custody)* by Scott Allan Chappelle (Belevetz, Timothy) Modified text on 11/3/2022 (ns). (Entered: 11/03/2022) |
| 11/07/2022 | 155 | ORDER: government's response(s) to motions 151 , 154 due not later than 11/9/2022; signed by District Judge Jane M. Beckering (rmw) (Entered: 11/07/2022) |
| 11/07/2022 | 156 | RESPONSE in opposition by USA as to Scott Allan Chappelle re MOTION for extension of time to report 151 (Attachments: # 1 Exhibit) (VerHey, Timothy) (Entered: 11/07/2022) |
| 11/07/2022 | 157 | (RESTRICTED ACCESS) DOCUMENT re defendant [Access to this document is available to the Court and attorney(s) for USA only] (Belevetz, Timothy) (Entered: 11/07/2022) |
| 11/08/2022 | 158 | MOTION for leave to file *Reply Brief* by Scott Allan Chappelle (Belevetz, Timothy) (Entered: 11/08/2022) |
| 11/08/2022 | 159 | CERTIFICATE regarding compliance with LCrimR 12.4 by Scott Allan Chappelle re MOTION for leave to file *Reply Brief* 158 (Belevetz, Timothy) (Entered: 11/08/2022) |
| 11/10/2022 | 160 | ORDER granting motion for leave to file reply 158 and motion for leave to file under restricted access 154 ; denying motion for extension of time to report 151 as to Scott Allan Chappelle (1); signed by District Judge Jane M. Beckering (rmw) (Entered: 11/10/2022) |

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

| | | |
|---|---|---|
| 08/15/2023 | 162 | OPINION and JUDGMENT of USCA as to Scott Allan Chappelle re appeal 148 affirming the district court's judgment; mandate to issue (pjw) Modified text on 8/16/2023 (pjw) (Entered: 08/16/2023) |
| 09/06/2023 | 163 | MANDATE of USCA (certified copy) as to Scott Allan Chappelle re Notice of Appeal - Final Judgment 148 (mg) (Entered: 09/07/2023) |
| 08/29/2024 | 165 | ORDER TRANSFERRING JURISDICTION of supervised releasee Scott Allan Chappelle to the Southern District of Ohio; signed by District Judge Jane M. Beckering (rmw) (Entered: 08/29/2024) |
| 09/04/2024 | 166 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to SOUTHERN DISTRICT OF OHIO as to Scott Allan Chappelle and assigning case number 2:24CR00131 (dmt, ) (Entered: 09/04/2024) |
| 09/05/2024 | 167 | NOTICE OF TRANSFER to Ohio Southern District Court of a Transfer of Jurisdiction as to Scott Allan Chappelle (Attachments: # 1 Docket Report and Transfer Documents) (eod) (Entered: 09/05/2024) |